**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JACQUALYN WILSON** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **CAROLYN COLVIN, Acting Commissioner** | : | |
| **of the Social Security Administration, and** | : | |
| **SOCIAL SECURITY ADMINISTRATION** | : | **NO. 16-140** |

## ORDER

**NOW,** this 20th day of December, 2016, upon consideration of Plaintiff's Request for Review (Document No.3) and supporting documents, the defendant's response and the plaintiff's reply, and the Report and Recommendation of United States Magistrate Judge Linda K. Caracappa, and after a thorough and independent review of the record, it is **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The plaintiff's Request for Review is **GRANTED**;

3. The matter is **REMANDED** to the Commissioner, pursuant to sentence four of 42 U.S.C. §405(g), for further proceedings consistent with the Report and Recommendation of United States Magistrate Judge Linda K. Caracappa.

                                                   /s/TIMOTHY J. SAVAGE
                                                   TIMOTHY J. SAVAGE, J.